ERICA K. ROCUSH
OGLETREE, DEAKINS, et. al.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Phone: (415) 442-4810
Fax: (415) 442-4870
erica.rocush@ogletreedeakins.com

Attorneys for Defendant
EAST BAY INTEGRATED CARE, INC.


RICHARD J. VAZNAUGH (SBN 173249)
LAW OFFICE OF RICHARD J. VAZNAUGH
1388 Sutter Street, Ste. 1000
San Francisco, CA 94109
Phone: (415) 593-0076
Fax: (415) 673-5606
richvaz@cajoblaw.com

Attorneys for Plaintiff
PATRICIA RACELIS

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA RACELIS,<br><br>               Plaintiff,<br><br>   vs.<br><br>EAST BAY INTEGRATED CARE, INC., dba HOSPICE OF THE EAST BAY, and DOES 1 to 25, inclusive<br><br>               Defendant. | Case No.: C 14-01301 PJH<br><br>**JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE CERTAIN OF PLAINTIFF'S CLAIMS AND TO AMEND FIRST AMENDED COMPLAINT ACCORDINGLY; [~~PROPOSED~~] ORDER**<br><br>**[FRCP 41(a)(2) and 15(a)**<br><br>1st Amended Complaint Filed: February 11, 2014<br>Contra Costa Case No.: MSC 13-02197<br>Trial Date: To be determined |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff Patricia Racelis ("Plaintiff") and Defendant East Bay Integrated Care, Inc., dba Hospice of the East Bay ("HEB"), by and through their respective counsel of record, hereby stipulate that the following claims in Plaintiff's First Amended Complaint will be dismissed without prejudice and that, by force of this stipulation and Order, Ms. Racelis' First Amended Complaint will be amended as follows:

1.  Plaintiff's Third Cause of Action for failure to pay overtime under the FLSA is dismissed without prejudice;

2.  Plaintiff's Eleventh Cause of Action for failure to provide reasonable accommodation under the ADA is dismissed without prejudice;

3.  Plaintiff's Twelfth Cause of Action for retaliation and discrimination on the basis of disability under the ADA;

4.  Plaintiff's Thirteenth Cause of Action for retaliation and interference will be amended to remove and dismiss, without prejudice, Plaintiff's claims under the FMLA, 29 U.S.C. §§ 2601, et seq., 2611(4)(A)(ii)(i), 2617(a)(1)(A)(iii), and 29 CFR § 825.104(d) but the portions that rely on California law will continue as part of the lawsuit; and

5.  Plaintiff's Prayer for Relief at sections 7 and 10 will be amended to eliminate reliance on the FLSA, FMLA and ADA, without prejudice;

Therefore, Plaintiff's First Amended Complaint, filed in Contra Costa County Superior Court on February 11, 2014 and removed to this court by HEB on March 20, 2014 shall be deemed so amended by this Order.

Because this amendment limits existing claims but does not add any new claims, HEB's currently operative Answer, filed in Contra Costa County Superior Court on March 20, 2014, shall continue to be its currently operative Answer.

///

///

///

**JOINT STIPULATION AND PROPOSED ORDER**                                  Case No. C 14-01301 PJH

1

2

IT IS SO STIPULATED.

DATED: April 29, 2014

3

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

4

5

By: __/s/_____
        ERICA K. ROCUSH
        Attorneys for Defendant

6

EAST BAY INTEGRATED CARE, INC.
dba HOSPICE OF THE EAST BAY

7

8

LAW OFFICES OF RICHARD J. VAZNAUGH

9

10

By: __/s/_____
        RICHARD J. VAZNAUGH
        Attorney for Plaintiff

11

PATRICIA RACELIS

12

13

[~~PROPOSED~~] ORDER

14

PURSUANT TO STIPULATION AND FOR GOOD CAUSE, IT IS SO ORDERED.

15

16

Dated: ___5/27/14_____

17

18

19

_____
HON. PHYLLIS J. HAMILTON
District Court

20

21

22

23

24

25

26

27

28